# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GCIU-EMPLOYER RETIREMENT FUND AND BOARD OF TRUSTEES OF THE GCIU-EMPLOYER RETIREMENT FUND,<br><br>Plaintiffs,<br>v.<br><br>KERNWOOD/ FORBES PRESS, INC., a Massachusetts Corporation,<br><br>Defendants. | CASE NO. 2:18-cv-01200-JAK (MRWx)<br><br>**ORDER DISMISSING CASE**<br><br>**JS-6** |

PLEASE TAKE NOTICE that the Court Orders this action dismissed in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

IT IS SO ORDERED.

Dated: January 4, 2019

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE